No. 88–5134. BURROWS v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 88–5137. KOPLOW v. CITY OF PORTLAND, MAINE, ET AL. Sup. Jud. Ct. Me. Certiorari denied.

No. 88–5139. CROSS v. SAN MATEO COUNTY TRANSIT DISTRICT ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 88–5142. RIVERA-MEDINA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 88–5144. WHITESHIELD v. TOOMBS ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–5145. SAMAD v. ZIMMERMAN, SUPERINTENDENT, STATE INSTITUTION (AND DIAGNOSTIC AND CLASSIFICATION CENTER) AT GRATERFORD, PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 88–5146. JOHNSON v. IRBY. Sup. Ct. Ala. Certiorari denied.

No. 88–5149. SPENCER v. DANVILLE POLICE DEPARTMENT. C. A. 7th Cir. Certiorari denied.

No. 88–5150. TURNER v. HOFFMAN ET AL. C. A. 10th Cir. Certiorari denied.

No. 88–5153. SANCHEZ v. WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 88–5154. PRENZLER v. DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–5155. CITRON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–5156. BEACH v. FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 88–5161. DOTSON v. BOHTE ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.